No. 73–1585. Waters *v.* Henderson et al. Appeal from Ct. App. Tenn. dismissed for want of jurisdic-

tion.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.